**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re

Patricia A Hartwig

            CHAPTER  13
            CASE NO.  6:17-bk-06539-CCJ

  Debtor(s)
_____/

**OBJECTION BY WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY THE DEBTOR(S)**

  WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST("Creditor"), by the undersigned attorneys, objects to confirmation of the Plan ("Plan") as proposed by the Debtor(s) and any future Plan(s) filed by the Debtor(s) to the extent that such Plan or Plans contain the provision(s) to which this Objection is directed.  In support of this Objection, the Creditor states as follows:

  1.  For value received, the Debtor(s) executed and delivered a Note and Mortgage ("Loan Documents")  as evidence of indebtedness to Creditor.  Said indebtedness is secured by property more particularly described in the Mortgage as: REAL PROPERTY LOCATED: 100 S CENTER ROAD SANFORD, FL 32771, LEGALLY DESCRIBED AS: LOT(S) 4, 5, AND 6, BLOCK 3, ALDARENE PARK, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 4, PAGE(S) 90, OF THE PUBLIC RECORDS OF SEMINOLE COUNTY, FLORIDA.
TAX ID # : 25-19-29-501-0300-0040 ("Collateral"). Reasons for objection:

**Failure to Provide for Full Payment of Prepetition Arrearages**

  2.  The Creditor will be filing a Claim which sets forth prepetition arrearages in the approximate amount of $112,707.48, which are due and owing in regards to the loan.

  3.  The Plan fails to provide for payment of the full amount of these prepetition arrearages through the Plan.

  4.  The Plan fails to comply with 11 U.S.C. §1325 (a)(5) in that it does not provide adequate protection for Creditor's interest pursuant to 11 U.S.C. §361. In addition, Creditor does not agree to such treatment through the Plan.

**Failure to Provide for Correct Monthly Payment**

  5.  The Creditor will be filing a claim which sets forth the monthly payment at the time the bankruptcy petition was filed to be in the amount of $1,103.25 with regards to the loan account.

  6.  The Plan fails to provide for payment of the full amount through the Plan.

  7.  The Plan fails to comply with 11 U.S.C. §1325 (a)(5) in that it does not provide

adequate protection for Creditor's interest pursuant to 11 U.S.C §361. In addition, Creditor does not agree to such treatment through the Plan.

8. Creditor is aware that the Plan proposes a Mortgage Modification; however, such modification has not been entered into at this point and Creditor is filing this objection to preserve its rights in regards to a Plan that does not conform to the Creditor's Proof of Claim.

9. Creditor will withdraw this Objection in the event that the Plan is amended to conform to the Creditor's proof of claim or otherwise satisfactorily address the issue(s) raised in this Objection.

WHEREFORE, Creditor prays for the entry of an appropriate order denying confirmation with respect to the Plan as proposed and any future Plan(s) filed by the Debtor(s) to the extent that such Plan or Plans contain the provisions to which this Objection is directed.

/s/ Matt Holtsinger
Matt Holtsinger
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900 Ext. 1465
Fax:    (813) 229-3323
mholtsinger@kasslaw.com
Florida Bar No. 092774

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on November 17, 2017, by U.S. Mail and/or electronic mail via CM/ECF pursuant to Local Rule 1001-2 to: Marie S.M. Dickinson, Esq., 275 S Charles Richard Beall Blvd., Suite 103A, DeBary, FL 32713; Laurie K. Weatherford, Trustee P.O. Box 3450, Winter Park, FL 32790; and on November 20, 2017, by U.S. Mail to Patricia A Hartwig, 100 South Center Road , Sanford, FL 32771.

/s/ Matt Holtsinger
Matt Holtsinger (x1465)

1704252/mlh