**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

PATRICIA A. HARTWIG,
      Debtor(s).

CASE NO.: 6:17-bk-06539-CCJ

## AMENDED MOTION TO MODIFY CHAPTER 13 PLAN

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Bankruptcy Court at 400 W. Washington Street, Suite 5100, Orlando, Florida 32801and serve a copy on the movant's attorney, Marie S.M. Dickinson, 187 Ramblewood Dr., DeBary, FL 32713 , and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.


The Debtor(s) respectfully request that the Court modify the Chapter 13 plan as follows:

    1. With respect to the monthly plan payments of $ 707.36, those payments shall:be increased to $ 1531.27, effective February 2nd, 2019 and for each of the following monthly plan payments until its conclusion. This payment would include $ 1392.06 to provide for the secured creditor, Rushmore Loan Management Services, listed below and the $ 139.21 trustee fee.

    2. With respect to the final plan payment, the debtor requests a balloon payment in the amount of $100,000.00 to be paid to the secured creditor, Rushmore Loan Management Services, to satisfy Claim 1.

    3. Other modifications:  Debtor requests that the plan period be modified to 60 months to allow for the repayment of secured creditor.

    4. Debtor requests this modification to ensure that the secured arrearage amount ($112,707.48) in Claim 1 and the mortgage payment in the amount of $1,103.25 are provided for in the plan.

    5. The plan, if modified, would be completed within sixty (60) months from commencement of the case

WHEREFORE, the Debtor(s) request that the Court modify the Chapter 13 plan as set forth above.

*[signature]*

**MARIE S. DICKINSON, ESQUIRE**
Florida Bar Number 126215
187 Ramblewood Drive
DeBary, FL 32713
Phone: 407.322.6012
Facsimile: 407.386.7229
E-Mail:  servicedickinsonlaw@gmail.com

## CERTIFICATE OF MAILING

**I HEREBY CERTIFY** that a true and correct copy of the undersigned's Amended Motion to Modify Chapter 13 Plan has been provided by U.S. Mail, postage prepaid, or electronic delivery, to those creditor's and/or parties in interest listed on the Court's matrix attached hereto, this 10th day of January, 2019.

*[signature]*

**MARIE S. DICKINSON, ESQUIRE**
Florida Bar Number 126215
187 Ramblewood Drive
DeBary, FL 32713
Phone: 407.322.6012
Facsimile: 407.386.7229
E-Mail:  servicedickinsonlaw@gmail.com

```
Label Matrix for local noticing         Patricia A Hartwig                     Elizabeth McCausland
113A-6                                  100 South Center Road                  426 North Ferncreek Avenue
Case 6:17-bk-06539-CCJ                  Sanford, FL 32771-8304                 Orlando, FL 32803-5442
Middle District of Florida
Orlando
Thu Jan  3 17:47:36 EST 2019

ACS/Wells                               Bank of America, N.A.                  Brighthouse Networks
ACS Education Service                   P O Box 982284                         PO Box 30574
501 Bleecker Street                     El Paso, TX 79998-2284                 Tampa, FL 33630-3574
Utica, NY 13501-2401


Chrysler Credit Corporation             Commenity Bank/Avenue                  Credit Protection
30600 Telegraph Road                    PO Box 182789                          One Galleria Tower
Bingham Farms, MI 48025-4530            Columbus, OH 43218-2789                13355 Noel Road - Suite 2100
                                                                               Dallas, TX 75240-6837


Ditech Financial, LLC                   Florida Department of Revenue          Internal Revenue Service
PO Box 6172                             Bankruptcy Unit                        Post Office Box 7346
Rapid City, SD 57709-6172               Post Office Box 6668                   Philadelphia PA 19101-7346
                                        Tallahassee FL 32314-6668


Lane Bryant/Comenity                    Robertson, Anschutz & Schneid          Rushmore Loan Mgmt Services
PO Box 659728                           6409 Congress Ave #100                 PO Box 52708
San Antonio, TX 78265-9728              Boca Raton, FL 33487-2853              Irvine, CA 92619-2708


SYNC/Wal-Mart                           Seminole County Tax Collector          Seminole County Tax Collector
PO Box 965024                           1101 E First Street                    Attn:  Ray Valdes
El Paso, TX 79998                       Sanford, FL 32771-1468                 Post Office Box 630
                                                                               Sanford FL 32772-0630


Wilmington Savings Fund Society, FSB    Laurie K Weatherford +                 United States Trustee - ORL7/13 7+
Rushmore Loan Management Services, LLC  Post Office Box 3450                   Office of the United States Trustee
P.O. Box 55004                          Winter Park, FL 32790-3450             George C Young Federal Building
Irvine, CA 92619-5004                                                          400 West Washington Street, Suite 1100
                                                                               Orlando, FL 32801-2210


Elizabeth McCausland +                  Nicole Mariani Noel +                  Marie S.M. Dickinson +
Liz McCausland, P.A.                    Kass, Shuler, Solomon, Spector, etal   Marie S.M. Dickinson, Esquire
426 N. Ferncreek Ave.                   PO Box 800                             187 Ramblewood Drive
Orlando, FL 32803-5442                  Tampa, FL 33601-0800                   DeBary, FL 32713-5108


Jessica A Hicks +
Kass Shuler, P.A.
PO Box 800
Tampa, FL 33601-0800
```

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Wilmington Savings Fund Society, FSB      End of Label Matrix
c/o Matt Holtsinger                          Mailable recipients   24
P.O. Box 800                                 Bypassed recipients    1
Tampa33601                                   Total                 25
```