ORDERED.

Dated: April 26, 2019

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

Case No. 6:17-bk-06539-CCJ

In re:

PATRICIA A. HARTWIG,

    Debtor.
_____/

### ORDER DENYING AMENDED MOTION TO MODIFY CONFIRMED PLAN

THIS CASE came on for hearing on April 23, 2019 on the Debtor's Amended Motion to Modify Confirmed Plan (Document No. 53). The Court having reviewed the record and being otherwise advised in the premises finds that it is

ORDERED AND ADJUDGED, as follows:

1.    The Motion is denied.

Laurie K. Weatherford, Trustee, is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of the entry of the order.