**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

PATRICIA A. HARTWIG,
     Debtor(s).

CASE NO.: 6:17-bk-06539-CCJ

## SECOND AMENDED MOTION TO MODIFY CHAPTER 13 PLAN

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

    Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

    If you object to the relief requested in this paper, you must file a response with the Clerk of the Bankruptcy Court at 400 W. Washington Street, Suite 5100, Orlando, Florida 32801and serve a copy on the movant's attorney, Marie S.M. Dickinson, 187 Ramblewood Dr., DeBary, FL 32713 , and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

    If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

The Debtor(s) respectfully request that the Court modify the Chapter 13 plan as follows:

    1. With respect to the monthly plan payments of  $ 1304.27, those payments shall be increased to $ 1640.69, effective July 2nd, 2019 and for each of the following monthly plan payments until its conclusion.  This payment would include $ 1491.54 to provide for the secured creditor, Rushmore Loan Management Services and the $ 149.15 trustee fee.

    2. With respect to a large arrears payment, the debtor requests a balloon payment in the amount of $100,000.00 to be paid to the secured creditor, Rushmore Loan Management Services, to satisfy Claim 1, to be paid no later than 1 July 2020.

    3. Other modifications:  Debtor requests that the plan period be modified to 60 months to allow for the repayment of secured creditor.

    4. Debtor requests this modification to ensure that the secured arrearage amount ($112,707.48) in Claim 1 and the mortgage payment in the amount of $1,173.85 are provided for in the plan.

    5. The plan, if modified, would be completed within sixty (60) months from commencement of the case

WHEREFORE, the Debtor(s) request that the Court modify the Chapter 13 plan as set forth above.

_____
**MARIE S. DICKINSON, ESQUIRE**
Florida Bar Number 126215
187 Ramblewood Drive
DeBary, FL 32713
Phone: 407.322.6012
Facsimile: 407.386.7229
E-Mail: servicedickinsonlaw@gmail.com

## CERTIFICATE OF MAILING

**I HEREBY CERTIFY** that a true and correct copy of the undersigned's Amended Motion to Modify Chapter 13 Plan has been provided by U.S. Mail, postage prepaid, or electronic delivery, to those creditor's and/or parties in interest listed on the Court's matrix attached hereto, this 13th day of May, 2019.

_____
**MARIE S. DICKINSON, ESQUIRE**
Florida Bar Number 126215
187 Ramblewood Drive
DeBary, FL 32713
Phone: 407.322.6012
Facsimile: 407.386.7229
E-Mail: servicedickinsonlaw@gmail.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:17-bk-06539-CCJ<br>Middle District of Florida<br>Orlando<br>Mon May 13 11:55:58 EDT 2019 | United States Trustee - ORL7/13 7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | ACS/Wells<br>ACS Education Service<br>501 Bleecker Street<br>Utica, NY 13501-2401 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Brighthouse Networks<br>PO Box 30574<br>Tampa, FL 33630-3574 | Chrysler Credit Corporation<br>30600 Telegraph Road<br>Bingham Farms, MI 48025-4530 |
| Commenity Bank/Avenue<br>PO Box 182789<br>Columbus, OH 43218-2789 | Credit Protection<br>One Galleria Tower<br>13355 Noel Road - Suite 2100<br>Dallas, TX 75240-6837 | Ditech Financial, LLC<br>PO Box 6172<br>Rapid City, SD 57709-6172 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Insight Credit Union<br>PO Box 4900<br>Orlando FL 32802-4900 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Lane Bryant/Comenity<br>PO Box 659728<br>San Antonio, TX 78265-9728 | Robertson, Anschutz & Schneid<br>6409 Congress Ave #100<br>Boca Raton, FL 33487-2853 | Rushmore Loan Mgmt Services<br>PO Box 52708<br>Irvine, CA 92619-2708 |
| SYNC/Wal-Mart<br>PO Box 965024<br>El Paso, TX 79998 | Seminole County Tax Collector<br>1101 E First Street<br>Sanford, FL 32771-1468 | Seminole County Tax Collector<br>Attn:  Ray Valdes<br>Post Office Box 630<br>Sanford FL 32772-0630 |
| Wilmington Savings Fund Society, FSB<br>Rushmore Loan Management Services, LLC<br>P.O. Box 55004<br>Irvine, CA 92619-5004 | Elizabeth Mccausland<br>426 North Ferncreek Avenue<br>Orlando, FL 32803-5442 | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |
| Marie S.M. Dickinson<br>Marie S.M. Dickinson, Esquire<br>187 Ramblewood Drive<br>DeBary, FL 32713-5108 | Patricia A Hartwig<br>100 South Center Road<br>Sanford, FL 32771-8304 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Wilmington Savings Fund Society, FSB<br>c/o Matt Holtsinger<br>P.O. Box 800<br>Tampa33601 | End of Label Matrix<br>Mailable recipients    22<br>Bypassed recipients     1<br>Total                  23 |