UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                CASE NO: **6:17-bk-06539-CCJ**
**Patricia A Hartwig,**

    Debtor(s).
_____/

TRUSTEE'S OBJECTION TO SECOND AMENDED MOTION TO MODIFY CONFIRMED PLAN

    COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee, and objects to the Debtors' Second Amended Motion to Modify Confirmed Plan, and as grounds states as follows:

    1.    The Debtors filed a Second Amended Motion to Modify (Dkt 60) to include arrears due to failed mediation.

    2.    That the Debtor is proposing to balloon $100,000 in July of 2020 to pay toward their arrears.

    WHEREFORE, the Trustee prays that this Court will deny the Debtor's Second Amended Motion to Modify Confirmed Plan for all of the reasons outlined in this Objection, and for such other relief as the Court deems appropriate.

**CERTIFICATE OF SERVICE**

    Copies of this document were furnished by first class U.S. Mail or by electronic transmission to the parties listed below on the 20th day of May, 2019.

**Marie S.M. Dickinson**
Marie S.M. Dickinson, Esquire
187 Ramblewood Drive
DeBary, FL 32713

**Patricia A Hartwig**
100 South Center Road
Sanford, FL 32771

/s/ Laurie K. Weatherford
LAURIE K. WEATHERFORD, Trustee
Stuart Ferderer, Esq.
Attorney for Trustee
FL Bar No. 0746967
Ana De Villiers, Esq.
FL Bar No. 0123201
Post Office Box 3450
Winter Park, FL 32790-3450
Telephone: (407) 648-8841
Facsimile: (407) 648-2665