UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:17-bk-06539-CCJ

In re:

PATRICIA A HARTWIG,

    Debtor.
_____/

**TRUSTEE'S MOTION FOR STATUS**

---

A preliminary hearing in this case will be held **September 10, 2019 at 2:00 PM** in Courtroom 6D, United States Bankruptcy Court, George C. Young Courthouse, 400 W. Washington Street, 6th Floor, Orlando, FL 32801, and act upon the following matter and transact such other business that may come before the court:

**Trustee's Motion for Status**

The hearing may be continued upon announcement made in open Court without further notice.

Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures

---

**COMES NOW** Laurie K. Weatherford, Chapter 13 Standing Bankruptcy Trustee, and files this Motion for Status and states the following:

1. A Voluntary Petition under Chapter 13 of the Bankruptcy Code was filed on October 10, 2017.

2. On November 21, 2017, a Proof of Claim was filed by Rushmore Loan Management Services, LLC (**the "Creditor"**), as follows:

    a. Claim Amount: $222,869.77

    b. Secured Arrearage: $112,707.48

3. The Order Confirming Plan was entered on April 5, 2017, which contemplated a modification of the existing mortgage located at 100 S Center Road, Sanford, FL 32771, relating to Claim Number 1. The Confirmation Order does not provide for the payment of the secured arrearage owing in the amount of $112,707.48, or the correct monthly

mortgage payment plus any mortgage increases as noticed by the Creditor and/or any notice of Post-Petition Mortgage Fees, Expenses and Charges.

4. On July 30, 2018, the Mediator's Report was filed giving notice that the Mediation was not successful (DE 42).

5. Debtor filed an Amended Motion to Modify Confirmed Chapter 13 Plan on January 9, 2019 (DE 53), in which the Debtor requested to extend the plan to 60 months to pay the mortgage arrears with a balloon payment of $100,000.00 in month 60. The Creditor objected to the treatment of their claim (DE 54) and this matter was set for hearing, at which time the motion was denied. An Order Denying Amended Motion to Modify Confirmed Plan was entered on April 26, 2019 (DE 58).

6. The Debtor filed a Second Amended Motion to Modify Confirmed Plan (**the "Second Motion"**) on May 13, 2019 (DE 60), which provided for payment of the mortgage arrears with a balloon in July 2020, month 33.

7. The Trustee's Objection to Second Amended Motion to Modify Confirmed Plan was filed on May 20, 2019 (DE 61).

8. The Creditor filed response to Debtor's Second Motion on June 3, 2019 (DE 62), objecting to the treatment of their claim.

9. The Court entered a directive for Debtor's attorney to file a Notice of Hearing for July 2, 2019 at 2:00 pm; however, the hearing was cancelled due to notice and service not appearing on the docket.

10. Debtor filed a Third Amended Motion to Modify Chapter 13 Plan (**the "Third Motion"**), which provided for payment of the mortgage arrears with a balloon in December 2019, month 26.

11. The Trustee's Objection to Third Amended Motion to Modify Confirmed Plan was filed on July 11, 2019 (DE 67).

12. Debtor's Third Motion was withdrawn on July 12, 2019 (DE 68).

13. **July 2019 is month 21 of Debtor's 36 month plan.**

14. The Trustee is filing this motion for status conference and setting the matter for hearing in an abundance of caution.

WHEREFORE, the Chapter 13 Standing Bankruptcy Trustee requests a status conference, and for such other relief as may be deemed just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Regular Mail and/or by Electronic Notification, to All Creditors and Parties in Interest on the Court's official mailing matrix on this 15th day of July 2019.

        LAURIE K. WEATHERFORD
        Chapter 13 Standing Trustee

        BY: /s/ Laurie K. Weatherford
        Laurie K. Weatherford, Trustee
        Stuart Ferderer, Esq.
        Fla. Bar No. 0746967
        Ana V. De Villiers, Esq.
        Fla Bar No. 0123201
        Post Office Box 3450
        Winter Park, Florida 32790-3450
        Telephone: (407) 648-8841
        Facsimile: (407) 648-2665

```
Label Matrix for local noticing          Patricia A Hartwig                    Elizabeth McCausland
113A-6                                   100 South Center Road                 426 North Ferncreek Avenue
Case 6:17-bk-06539-CCJ                   Sanford, FL 32771-8304                Orlando, FL 32803-5442
Middle District of Florida
Orlando
Mon Jul 15 10:52:05 EDT 2019

ACS/Wells                                Bank of America, N.A.                 Brighthouse Networks
ACS Education Service                    P O Box 982284                        PO Box 30574
501 Bleecker Street                      El Paso, TX 79998-2284                Tampa, FL 33630-3574
Utica, NY 13501-2401


Chrysler Credit Corporation              Commenity Bank/Avenue                 (p)CREDIT PROTECTION ASSOCIATION LP
30600 Telegraph Road                     PO Box 182789                         PARKWAY CENTER V
Bingham Farms, MI 48025-4530             Columbus, OH 43218-2789               2500 DALLAS PARKWAY SUTIE 500
                                                                               PLANO TX 75093-4867


Ditech Financial, LLC                    Florida Department of Revenue         Insight Credit Union
PO Box 6172                              Bankruptcy Unit                       PO Box 4900
Rapid City, SD 57709-6172                Post Office Box 6668                  Orlando FL 32802-4900
                                         Tallahassee FL 32314-6668


Internal Revenue Service                 Lane Bryant/Comenity                  Robertson, Anschutz & Schneid
Post Office Box 7346                     PO Box 659728                         6409 Congress Ave #100
Philadelphia PA 19101-7346               San Antonio, TX 78265-9728            Boca Raton, FL 33487-2853


Rushmore Loan Mgmt Services              SYNC/Wal-Mart                         Seminole County Tax Collector
PO Box 52708                             PO Box 965024                         1101 E First Street
Irvine, CA 92619-2708                    El Paso, TX 79998                     Sanford, FL 32771-1468


Seminole County Tax Collector            Wilmington Savings Fund Society, FSB  Laurie K Weatherford +
Attn:  Ray Valdes                        Rushmore Loan Management Services, LLC Post Office Box 3450
Post Office Box 630                      P.O. Box 55004                        Winter Park, FL 32790-3450
Sanford FL 32772-0630                    Irvine, CA 92619-5004


United States Trustee - ORL7/13 7+       Elizabeth McCausland +                Nicole Mariani Noel +
Office of the United States Trustee      Liz McCausland, P.A.                  Kass, Shuler, Solomon, Spector, etal
George C Young Federal Building          426 N. Ferncreek Ave.                 PO Box 800
400 West Washington Street, Suite 1100   Orlando, FL 32803-5442                Tampa, FL 33601-0800
Orlando, FL 32801-2210


Marie S.M. Dickinson +                   Jessica A Hicks +
Marie S.M. Dickinson, Esquire            Kass Shuler, P.A.
187 Ramblewood Drive                     PO Box 800
DeBary, FL 32713-5108                    Tampa, FL 33601-0800
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Credit Protection
One Galleria Tower
13355 Noel Road - Suite 2100
Dallas, TX 75240

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Wilmington Savings Fund Society, FSB | End of Label Matrix |
| c/o Matt Holtsinger | Mailable recipients    25 |
| P.O. Box 800 | Bypassed recipients     1 |
| Tampa33601 | Total                  26 |