UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

PATRICIA HARTWIG
    Debtor.
_____/

CASE NO. 6:17-bk-06539-CCJ
Chapter 13

**<u>DEBTOR'S OBJECTION TO CREDITOR'S MOTION FOR ORDER
CONFIRMING TERMINATION OF THE AUTOMATIC STAY
FILED BY WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A
CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE
FOR PRETIUM MORTGAGE ACQUISITION
TRUST REGARDING REAL PROPERTY</u>**

COMES NOW the Debtor, PATRICIA HARTWIG, by and through her undersigned attorney, and hereby objects to the Creditor's Motion For Order Confirming Termination Of The Automatic Stay Filed By Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, Not Individually But As Trustee For Pretium Mortgage Acquisition and as grounds states as follows:

1. On January 9, 2019, Debtor filed a Amended Motion to Modify Confirmed Plan with the Court and the Debtor attorney attend the preliminary hearing on March 19, 2019.

2. At the preliminary hearing, the Debtor attorney attempted to enter into an agreement with Creditor attorney; however, the coverage attorney that was present in place of the Creditor attorney was unable to discuss terms other than to allow the rescheduling of the hearing.

3. The Debtor asked to continue the hearing on the Amended Motion to Modify Confirmed Plan at that time to allow for a discussion with the Creditor attorney prior to filing a Second Amended Motion to Modify Plan.

4. On April 23, 2019, this Court denied the Amended Motion to Modify Confirmed Plan.

5. On May 13, 2019, Debtor filed the Second Amended Motion to Modify Plan with the court which conforms to Creditor's Proof of Claim.

6. Debtor's Second Amended Motion to Modify Plan is set for preliminary hearing on September 10, 2019 at 2:00pm at Orlando, FL, Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street.

WHEREFORE, the Debtor prays that this Court will deny the Creditor's Motion for all of the reasons outlined in this Objection, allow for the preliminary hearing to be held on the Second Amended Motion to Modify Plan and for such other relief as the Court deems appropriate.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the undersigned's Amended Motion to Modify Chapter 13 Plan has been provided by U.S. Mail, postage prepaid, or electronic delivery, to those creditor's and/or parties in interest listed on the Court's matrix attached hereto, this 15th day of August, 2019.

_____
MARIE S.M. DICKINSON, ESQUIRE
Fla Bar No. 126215
P.O. Box 667
Sanford, FL 32772
Telephone:  407.322.6012
Facsimile: 407.386.7229
E-Mail:  servicedickinsonlaw@gmail.com

```
Label Matrix for local noticing      United States Trustee - ORL7/13 7        ACS/Wells
113A-6                               Office of the United States Trustee      ACS Education Service
Case 6:17-bk-06539-CCJ               George C Young Federal Building          501 Bleecker Street
Middle District of Florida           400 West Washington Street, Suite 1100   Utica, NY 13501-2401
Orlando                              Orlando, FL 32801-2210
Thu Aug 15 13:46:13 EDT 2019

Bank of America, N.A.                Brighthouse Networks                     Chrysler Credit Corporation
P O Box 982284                       PO Box 30574                             30600 Telegraph Road
El Paso, TX 79998-2284               Tampa, FL 33630-3574                     Bingham Farms, MI 48025-4530


Commenity Bank/Avenue                (p)CREDIT PROTECTION ASSOCIATION LP      Ditech Financial, LLC
PO Box 182789                        PARKWAY CENTER V                         PO Box 6172
Columbus, OH 43218-2789              2500 DALLAS PARKWAY SUTIE 500            Rapid City, SD 57709-6172
                                     PLANO TX 75093-4867


Florida Department of Revenue        Insight Credit Union                     Internal Revenue Service
Bankruptcy Unit                      PO Box 4900                              Post Office Box 7346
Post Office Box 6668                 Orlando FL 32802-4900                    Philadelphia PA 19101-7346
Tallahassee FL 32314-6668


Lane Bryant/Comenity                 Robertson, Anschutz & Schneid            Rushmore Loan Mgmt Services
PO Box 659728                        6409 Congress Ave #100                   PO Box 52708
San Antonio, TX 78265-9728           Boca Raton, FL 33487-2853                Irvine, CA 92619-2708


SYNC/Wal-Mart                        Seminole County Tax Collector            Seminole County Tax Collector
PO Box 965024                        1101 E First Street                      Attn:  Ray Valdes
El Paso, TX 79998                    Sanford, FL 32771-1468                   Post Office Box 630
                                                                              Sanford FL 32772-0630


Wilmington Savings Fund Society, FSB Elizabeth Mccausland                     Laurie K Weatherford
Rushmore Loan Management Services, LLC 426 North Ferncreek Avenue             Post Office Box 3450
P.O. Box 55004                       Orlando, FL 32803-5442                   Winter Park, FL 32790-3450
Irvine, CA 92619-5004


Marie S.M. Dickinson                 Patricia A Hartwig
Marie S.M. Dickinson, Esquire        100 South Center Road
Post Office Box 667                  Sanford, FL 32771-8304
Sanford, FL 32772-0667
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Credit Protection
One Galleria Tower
13355 Noel Road - Suite 2100
Dallas, TX 75240
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Wilmington Savings Fund Society, FSB     End of Label Matrix
c/o Matt Holtsinger                         Mailable recipients   22
P.O. Box 800                                Bypassed recipients    1
Tampa33601                                  Total                 23
```