**United States Bankruptcy Court**
**Middle District of Florida**

In Re   Patricia A. Hartwig                              Case No.    6:17-bk-06539-CCJ

           Debtor(s)                                                Chapter    13

### CERTIFICATE OF MAILING
(Amended Schedule C)

I HEREBY CERTIFY that a true and correct copy of the Amended Schedule C, Document No. 77, and of this Certificate of Mailing, has been provided by U.S. Mail, postage prepaid, or electronic delivery, to those creditor's and/or parties in interest listed on the Court's matrix attached hereto, this 8th day of September 2019.

MARIE S. DICKINSON, ESQUIRE
Florida Bar Number 126215
P.O. Box 667
Sanford, Florida 32772
Phone: 407.322.6012
Facsimile: 407.386.7229
E-Mail: servicedickinsonlaw@gmail.com
Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:17-bk-06539-CCJ<br>Middle District of Florida<br>Orlando<br>Sun Sep  8 12:10:00 EDT 2019 | United States Trustee - ORL7/13 7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | ACS/Wells<br>ACS Education Service<br>501 Bleecker Street<br>Utica, NY 13501-2401 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Brighthouse Networks<br>PO Box 30574<br>Tampa, FL 33630-3574 | Chrysler Credit Corporation<br>30600 Telegraph Road<br>Bingham Farms, MI 48025-4530 |
| Commenity Bank/Avenue<br>PO Box 182789<br>Columbus, OH 43218-2789 | (p)CREDIT PROTECTION ASSOCIATION LP<br>PARKWAY CENTER V<br>2500 DALLAS PARKWAY SUTIE 500<br>PLANO TX 75093-4867 | Ditech Financial, LLC<br>PO Box 6172<br>Rapid City, SD 57709-6172 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Insight Credit Union<br>PO Box 4900<br>Orlando FL 32802-4900 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Lane Bryant/Comenity<br>PO Box 659728<br>San Antonio, TX 78265-9728 | Robertson, Anschutz & Schneid<br>6409 Congress Ave #100<br>Boca Raton, FL 33487-2853 | Rushmore Loan Mgmt Services<br>PO Box 52708<br>Irvine, CA 92619-2708 |
| SYNC/Wal-Mart<br>PO Box 965024<br>El Paso, TX 79998 | Seminole County Tax Collector<br>1101 E First Street<br>Sanford, FL 32771-1468 | Seminole County Tax Collector<br>Attn:  Ray Valdes<br>Post Office Box 630<br>Sanford FL 32772-0630 |
| Wilmington Savings Fund Society, FSB<br>Rushmore Loan Management Services, LLC<br>P.O. Box 55004<br>Irvine, CA 92619-5004 | Elizabeth Mccausland<br>426 North Ferncreek Avenue<br>Orlando, FL 32803-5442 | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |
| Marie S.M. Dickinson<br>Marie S.M. Dickinson, Esquire<br>Post Office Box 667<br>Sanford, FL 32772-0667 | Patricia A Hartwig<br>100 South Center Road<br>Sanford, FL 32771-8304 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Credit Protection
One Galleria Tower
13355 Noel Road - Suite 2100
Dallas, TX 75240

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Wilmington Savings Fund Society, FSB      End of Label Matrix
c/o Matt Holtsinger                          Mailable recipients    22
P.O. Box 800                                 Bypassed recipients     1
Tampa33601                                   Total                  23
```