**[Dostkamd]** [Order Striking Amendment To Schedules]

ORDERED.

**Dated: September 9, 2019**

Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. 6:17–bk–06539–CCJ
 Chapter 13

Patricia A Hartwig
aka Patricia A McClanahan

_____Debtor*_____/

### *ORDER STRIKING AMENDED SCHEDULE C*

THIS CASE came on for consideration, without hearing, of the Amended Schedule C filed September 8, 2019, Doc. No. 77. The Amended Schedule C is deficient as follows:

> The Amended Schedule C does not contain an appropriate unsworn declaration with signature of the Debtor in compliance with Fed. R. Bankr. P. 1008.

Accordingly, it is **ORDERED**:

The Amended Schedule C is stricken without prejudice and with leave to refile after having cured these deficiencies.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.