ORDERED.

Dated: **November 01, 2019**

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:
Patricia A Hartwig
aka Patricia A McClanahan

Case No. 6:17−bk−06539−CCJ
Chapter 13

_____Debtor_____/

### ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW

THIS CASE came on for consideration, without hearing, on the Debtor's Motion for Leave to Withdraw (Document #85), that the said motion was filed with 14 days negative notice, that time has expired, and no objections were filed.

Accordingly, it is **ORDERED**:

1. Debtor's Motion for Leave to Withdraw is GRANTED.

2. Marie S.M. Dickinson, Esquire is hereby relieved of all further responsibility in this action.

3. The Clerk of the Court shall terminate Marie S.M. Dickinson from the Court's electronic communications and service list in this case.

4. All future communications, motions, correspondence or filings in this case shall be forwarded by the Clerk of the Court to Patricia A Hartwig, 100 S Center Rd, Sanford, FL 32771.

Marie S.M. Dickinson, Esquire is directed to serve a copy of this order on interested parties and docket a Certificate of Service within 3 days of entry of the order.